IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA GUADALUPE REYES GAONA, ET AL., | § § § § § | |
| *Petitioners*, | § § | 5-20-CV-00473-FB-RBF |
| vs. | § § | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., | § § § | |
| *Respondents*. | § | |

## ORDER SETTING TELEPHONIC HEARING

Before the Court is the status of the above-referenced case, which was referred for disposition of all pretrial matters pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 4. **IT IS ORDERED** that this case is set for a telephonic hearing before me on **July 31, 2020** at **1:30 pm**.

The parties must call in at least 5 minutes before the start of the hearing and check in with the Courtroom Deputy, Ms. Amy Jackson. The use of speaker phones is prohibited during a telephonic appearance. Counsel must use the following call-in information to appear by phone:

   Toll free number: 877-402-9753
   Access code: 8309798
   Participant Security Code: 93075

**IT IS SO ORDERED.**

SIGNED this 29th day of July, 2020.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE