IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA GUADALUPE REYES GAONA, TOMAS TORRES CURIEL, ANDRES PONCE QUINTERO, JORGE BECERRA ORTIZ, FRANCISCO CARBAJAL, and MARCOS JOSE BARBOZA VALLENILLA, <br><br>Petitioners, <br><br>VS. <br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CUSTOMS AND BORDER PROTECTION (CBP); IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); DEPARTMENT OF JUSTICE; WILLIAM P. BARR, ATTORNEY GENERAL OF THE UNITED STATES; CHAD F. WOLF, ACTING SECRETARY OF THE U.S. DHS; DANIEL BIBLE, ICE FIELD OFFICE DIRECTOR; AND RAYMOND CASTRO, WARDEN, SOUTH TEXAS DETENTION CENTER, GEO GROUP, INC., <br><br>Respondents. | § § § § § § § § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. SA-20-CA-473-FB |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting and Recommendation of United States Magistrate Judge filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge (docket #47), is ACCEPTED such that: (1) Respondents' Motion to Dismiss Amended Petition (docket #14) is GRANTED and this case is DISMISSED for lack of subject matter jurisdiction and failure to state a claim on which relief may be granted; (2) Petitioners'

Motion for Temporary Restraining Order (docket #16) which the Court converted to a Motion for Preliminary Injunction (s*ee* docket #39) is DISMISSED AS MOOT and also for failure to demonstrate a likelihood of success on the merits; and (3) Petitioners' Motion for Expedited Discovery (docket #40) is DISMISSED AS MOOT. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 22nd day of October, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE